| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Ikuta, Sandra S | 2. Court or Organization Ninth Circuit | 3. Date of Report 2/9/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge--Nominee | 5. ReportType (check appropriate type) ● Nomination, Date 2/8/2006 ○ Initial ○ Annual ○ Final | 6. Reporting Period 1/1/2005 to 1/31/2006 |
| 7. Chambers or Office Address California Resources Agency 1416 Ninth Street Suite 1311 Sacramento, California 95814 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE  - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Deputy Secretary and General Counsel | California Resources Agency |
| 2. | Alternate Director | Pacific Forest and Watershed Lands Stewardship Council |
| 3. | Trustee | Trust 1 |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE  - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | O'Melveny & Myers Defined Benefit Plan with former law firm, no control |
| 2. | 2004 | CalPERS California Public Employee Retirement System |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2006 | Wages, State of California | $9,857 |
| 2. | 2005 | Wages, State of California | $114,406 |
| 3. | 2004 | Wages, State of California; O'Melveny & Myers LLP partner capital account | $61,795; $559,564 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | self-employment earnings, freelance photographer |
| 2. | 2005 | self-employment earnings, freelance photographer |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | exempt | |

# V. GIFTS.   (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE**   - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | exempt | | |

# VI. LIABILITIES.   (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

**NONE**   - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage on rental property, Agoura, California | M |
| 2. | CitiMortgage | Mortgage on rental property, West Los Angeles, California | L |
| 3. | Chase Manhattan | Mortgage on rental property, Los Angeles, California | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S | 2/9/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amount<br>Code 1<br>(A-H) | (2)<br><br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br><br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br><br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ING Direct Accounts | D | Interest | F | T | exempt | | | | |
| 2. Bank of America | B | Dividend | D | T | | | | | |
| 3. Trust 1 | | | | | | | | | |
| 4. -Rental Property, Agoura, California | E | Rent | O | W | | | | | |
| 5. -50% interest in rental property, Venice, California | D | Rent | N | W | | | | | |
| 6. -50% inteerest in rental property, W. Los Angeles, Californi | D | Rent | N | W | | | | | |
| 7. -Rental property, Los Angeles, California | D | Rent | O | W | | | | | |
| 8. -Investment property, Kulakai, Hawaii (2005, $428,000) | | None | N | R | | | | | |
| 9. IRA | | | | | | | | | |
| 10. -FEQTX Fid Equity Income II | B | Dividend | L | T | | | | | |
| 11. -FTHRX Fid Intermed Bond | C | Dividend | L | T | | | | | |
| 12. -FUSEX Spartan US Eq Index | B | Dividend | L | T | | | | | |
| 13. -OBTS SEI Stable Asset | D | Dividend | M | T | | | | | |
| 14. 401K and 457 Gartmor InvDes Agg FD SC | A | Dividend | L | T | | | | | |
| 15. American General Life insurance whole life | A | Interest | J | T | | | | | |
| 16. Brokerage Account #1 | | | | | | | | | |
| 17. -500 Index Fund Inv | A | Dividend | K | T | | | | | |
| 18. -Small-Cap Index Fund Inv | A | Dividend | K | T | | | | | |

1. Income/Gain Codes        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
(See Columns B1 and D4)        F = $50,001-$100,000        G = $100,001-$1,000,000        H1 = $1,000,001-$5,000,000        H2 = More than $5,000,000
2. Value Codes        J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000        M = $100,001-$250,000
(See Columns C1 and D3)        N = $250,000-$500,000        O = $500,001-$1,000,000        P1 = $1,000,001-$5,000,000        P2 = $5,000,001-$25,000,000
                                                P3 = $25,000,001-$50,000,000        P4 = $50,000,001-$100,000,000
3. Value Method Codes        Q = Appraisal        R = Cost (Real Estate Only)        S = Assessment        T = Cash Market
(See Column C2)        U = Book Value        V = Other        W = Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. American Funds VCSP/CollegeAmerica | | | | | exempt | | | | |
| 20. -Growth Fund of America 529A | A | Dividend | K | T | | | | | |
| 21. -The Investment Company of America-529A | A | Dividend | J | T | | | | | |
| 22. -Washington Mutual Investors Fund-529A | A | Dividend | K | T | | | | | |
| 23. -The Bond Fund of America 529A | A | Dividend | K | T | | | | | |
| 24. Brokerage Account #2 | | | | | | | | | |
| 25. --Federated Capital Reserves | A | Dividend | K | T | | | | | |
| 26. -Alliancebernstein Capital Resv | A | Dividend | J | T | | | | | |
| 27. -Eaton Vance Tax Managed Growth Fund Class B Open End | | None | J | T | | | | | |
| 28. -MFS Capital Opportunities Fund Class B Open End Fund | | None | J | T | | | | | |
| 29. -New Perspective Fund Class B | A | Dividend | J | T | | | | | |
| 30. -Putnam Voyager Fund Class B | | None | J | T | | | | | |
| 31. Flexible/Variable Universal Life Insurance Incentive Life | | | | | | | | | |
| 32. -Eq/Alliance Common Stock | A | Dividend | K | T | | | | | |
| 33. -Eq/Bernstein Diversified Value | A | Dividend | J | T | | | | | |
| 34. -Eq/Equity 500 Index | A | Dividend | K | T | | | | | |
| 35. -Eq/Fi Small Mid Cap Value | A | Dividend | J | T | | | | | |
| 36. -Eq/Mercury Basic Value Equity | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 3 of 3

Name of Person Reporting

Ikuta, Sandra S

Date of Report

2/9/2006

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -Eq/Mercury International Value | A | Dividend | J | T | exempt | | | | |
| 38. -Eq/MFS Emerging Growth Companies | A | Dividend | J | T | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _February 9, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 90 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | 10 | 000 | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 708 | 692 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 791 | 988 |
| Real estate owned-add schedule | 3 | 801 | 049 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 100 | 000 | | | | |
| Cash value-life insurance | | 9 | 366 | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | | |
| | | | | Net Worth | 3 | 927 | 119 |
| Total Assets | 4 | 719 | 107 | Total liabilities and net worth | 4 | 719 | 107 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |